IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:25-mc-9001 |
| CHARLES SHELL | ) |
| and | ) |
| SHELL ENGINEERING & ASSOCIATES, INC., | ) |
| Respondents. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES**

The United States of America, on behalf of its agency, the Internal Revenue Service("IRS"), in support of its Petition to Enforce IRS summonses, avers as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce IRS summonses.

2. Brent J. Garcia is a Revenue Officer of the IRS, employed in the Small Business/Self-Employed Division, and is authorized to issue IRS summonses pursuant to the authority contained in 26 U.S.C. § 7602, and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1

3. Respondent Charles Shell, in his individual capacity, resides or is found at 4504 Sussex Drive, Columbia, MO 65203. Respondent Shell Engineering & Associates, Inc., is located at 2403 West Ash Street, Columbia, MO 65203. Both locations are within the jurisdiction of this Court.

1

4. As is set forth in the Declaration of Revenue Officer Brent J. Garcia, attached hereto as Exhibit A, the IRS is investigating Charles Shell, in his individual capacity, for the collection of employment taxes and civil penalties owed for the quarterly periods ending: December 31, 2021; December 31, 2022; March 31, 2023; June 30, 2023; and September 30, 2023.

5. As is set forth in the Declaration of Revenue Officer Brent J. Garcia, attached hereto as Exhibit B, the IRS is investigating Shell Engineering & Associates, Inc. for the collection of Form 941 employment taxes owed for the quarterly periods: ending December 31, 2021; March 31, 2022; December 31, 2022; March 31, 2023; June 30, 2023; September 30, 2023; and December 31, 2023.

6. Respondent Charles Shell, in his individual capacity, and Shell Engineering & Associates, Inc., are in possession and control of testimony and other documents concerning the above-described investigations.

7. On January 23, 2025, Revenue Officer Brent J. Garcia issued an Internal Revenue Service summons directing Respondent, Charles Shell, in his individual capacity, to appear before Revenue Officer Garcia on February 5, 2025, at 9:00 a.m. at 1222 Spruce Street, St. Louis, MO 63103, to testify and to produce books, records, and other data described in the summons. An attested copy of the summons was left at the last and usual place of abode of Charles Shell, by Revenue Officer Garcia on January 24, 2025. The summons is an attachment to Exhibit A.

8. On January 22, 2025, Revenue Officer Brent J. Garcia issued an IRS summons directing Respondent Shell Engineering & Associates, Inc. to appear before Revenue Officer Garcia on February 5, 2025, at 9:00 a.m. at 1222 Spruce Street, St. Louis, MO 63103, to testify and to produce books, records, and other data described in the summons. An attested copy of the summons

was personally served upon an officer of Shell Engineering & Associates, Inc, Charles Shell, at the business premises by Revenue Officer Garcia on January 24, 2025. The summons is an attachment to Exhibit B.

9. On February 5, 2025, Respondent Charles Shell did not appear in his personal capacity in response to the summons issued to him. The Respondent's refusal to comply with the summons continues to date as is set forth in the declaration of Revenue Officer Garcia. Exhibit A.

10. On February 5, 2025, Respondent Shell Engineering & Associates, Inc. did not appear in response to the summons issued to the company. The Respondent's refusal to comply with the summons continues to date as is set forth in the declaration of Revenue Officer Garcia attached as Exhibit B.

11. Respondent Charles Shell notified by letter dated March 24, 2025, of a final opportunity to comply with the summons in his personal capacity by appearing on April 11, 2025, before Revenue Officer Garcia. Nevertheless, Respondent's refusal to comply with the summons continues, as set forth in the Declaration of Revenue Officer Garcia, signed on June 2, 2025. *See*, Exhibit A.

12. Respondent Shell Engineering & Associates, Inc. was notified by letter dated March 26, 2025, of a final opportunity to comply with the summons by appearing on April 11, 2025, before Revenue Officer Garcia. Nevertheless, Respondent's refusal to comply with the summons continues, as set forth in the Declaration of Revenue Officer Garcia, signed on June 2, 2025. *See*, Exhibit B.

13. The books, papers, records, or other data sought by the summonses are not already in possession of the Internal Revenue Service.

14. No recommendation for criminal prosecution of Charles Shell or Shell Engineering & Associates, Inc., have been made by the IRS to the United States Department of Justice. In addition, no Department of Justice referral, as

described in 26 U.S.C. § 7602(d), is in effect with respect to Charles Shell, or Shell Engineering & Associates, Inc.

15. All administrative steps required by the Internal Revenue Code for the issuance of the summonses have been taken.

16. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons attached to Exhibit A in order to collect the federal tax liabilities of Charles Shell in his personal capacity, including civil penalties for the quarterly periods ended December 31, 2021; December 31, 2022; March 31, 2023; June 30, 2023; and September 30, 2023, as is evidenced by the Declaration of Revenue Officer Garcia, attached as Exhibit A and incorporated as part of this petition.

17. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons attached to Exhibit B in order to collect the federal tax liabilities of Shell Engineering & Associates, Inc., including employment taxes, Form 941, for the quarterly periods ended December 31, 2021; March 31, 2022; December 31, 2022; March 31, 2023; June 30, 2023; September 30, 2023; and December 31, 2023, as is evidenced by the Declaration of Revenue Officer Garcia, attached as Exhibit B and incorporated as part of this petition.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing Respondent Charles Shell, in his individual capacity, to show cause, if any, why Respondent should not comply with and obey the aforementioned summons, attached to Exhibit A, and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Brent J. Garcia or any other proper officer or employee of the Internal Revenue Service at such time and place as may

4

be fixed by Revenue Officer Garcia, or any other proper officer or employee of the Internal Revenue Service.

    2.    That the Court enter an order directing Respondent Shell Engineering & Associates, Inc., to obey the aforementioned summons, attached to Exhibit B, and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer Brent J. Garcia or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Garcia, or any other proper officer or employee of the Internal Revenue Service.

    3.    That the United States recover its costs in maintaining this action.

    4.    That the Court grant such other and further relief as is just and proper.

    Respectfully submitted,

Jeffrey P. Ray
Acting United States Attorney

By: ***/s/ Cari Walsh***
    Cari Franke Walsh, MO #37867
    Assistant United States Attorney
    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Room 5510
    Kansas City, Missouri 64106
    Telephone: (816) 426-3130
    Facsimile: (816) 426-3165
    Email: cari.walsh@usdoj.gov
    ATTORNEYS FOR DEFENDANT
    UNITED STATES OF AMERICA